

# PANORAMA
### Orthopedics & Spine Center

July 17, 2020

Franklin D. Azar and Associates, P.C.
14426 E Evans Ave
Aurora, CO   80014

**RE:   Albert Perry**
**DOB:  07/24/1951**

To Whom It May Concern:

This is a request for additional narrative medical report from Franklin D. Azar and Associates, P.C. in a letter dated July 13, 2020 in response to three narrative medical reports from Marjorie Lauren Eskay-Auerbach, M.D.

On review of Dr. Eskay-Auerbach's three narrative medical reports as well as my own previous narrative dated February 02, 2018, there were questions on letter dated July 13, 2020.

1. Please respond to the following opinion from the defense IME (with respect to Mr. Perry's cervical spine complaint, there was no evidence of acute structural injury to the cervical spine or specific diagnose other than cervical sprain/strain attributable to the incident in question).

    This appears to be from the initial Emergency Room visit. This patient had a motor vehicle accident on October 23, 2014 and the patient had been diagnosed with a cervical strain. However, on October 30, 2014, at Lakewood Injury Treatment Center, Bethany Wallace, D.O. had stated that in the days following the accident from October 23, 2014 that the patient's symptoms continue to intensify. He has been off of work since the accident and the patient reported aching, numbness and tingling with constant neck pain. I feel that the patient's current diagnosis, cervical sprain/strain after the accident is appropriate. However, as previous records show from his previous MRI is that the patient did have an underlying asymptomatic cervical stenosis.

(Continued)

| GOLDEN | HIGHLANDS RANCH | WESTMINSTER | WESTMINSTER | CASTLE ROCK |
|---|---|---|---|---|
| 660 Golden Ridge Road | 1060 Plaza Drive | 8510 Bryant Street | ST ANTHONY NORTH | 4350 Limelight Ave. |
| Suite 250 | Suite 200 | Suite 130 | Medical Pavillion | Suite 100 |
| Golden, CO 80401 | Highlands Ranch, CO 80129 | Westminster, CO 80031 | 500 West 144th Avenue | Castle Rock, CO 80109 |
| (303) 233-8755 fax | (720) 497-6780 fax | (303) 452-1167 fax | Suite 120 | (720) 497-6743 fax |
|  |  |  | Westminster, CO 80023 |  |
|  |  |  | (303) 452-1167 fax |  |

Name: Perry, Albert                                                    DOB: 07/24/1951                                                    Date:

Exhibit E, Page 1 of 3



Page Two
**RE: Albert Perry**
July 17, 2020

On the most recent clinic note, prior to the accident, Yvonne Lipson, M.D. on June 02, 2014 when the patient was seen in clinic, had stated he was not taking any pain medication and his review of systems noted no low back pain, no localized joint pain as well as no neck stiffness. They did not note any radiculitis or arm symptoms on his review of symptoms. Since this is the last clinic note that appears prior to his most recent motor vehicle accident on October 23, 2014, it appears that the patient was minimally to asymptomatic with regards to his neck and his low back pain. I do feel that the patient does have an underlying asymptomatic cervical stenosis, which was a radiographic diagnosis in the past from his motor vehicle accidents and previous MRIs. However, on his most recent clinic visit prior to the accident, it appears that he was asymptomatic from this. At the Lakewood Injury Treatment Center on October 30, 2014, seven days after the accident, it appears that his symptoms were continuing to intensify since that motor vehicle accident. Thus, I feel that the patient essentially had an asymptomatic cervical stenosis that became symptomatic after the motor vehicle accident on October 23, 2014. The note of numbness and tingling and constant neck pain are symptoms that can be consistent with cervical myelopathy. Therefore, I feel that the initial Emergency Room visit of diagnose of cervical strain was appropriate; however, further discussion appears that since this is neck pain and subsequent intensification of symptoms of neck pain and arm tingling and numbness that they had not mentioned the diagnosis of cervical myelopathy.

2. Please respond to the following opinion from the defense IME the epidemiology and surgical degenerative disc disease including cervical disc herniation and cervical stenosis does not support rear-end motor vehicle collision as it causes these conditions, in the absence of acute symptoms, radiculopathy or cervical myelopathy?

I do agree with the statement in that I do not feel that the motor vehicle accident/rear-end motor vehicle accident caused the patient's diagnosis of cervical stenosis as we already know that it was a pre-existing condition. However, this appears to be asymptomatic prior to his motor vehicle accident on October 23, 2014. So, therefore, I do agree that I do not feel that the motor vehicle accident caused the diagnosis of cervical stenosis and cervical myelopathy. However, I do feel that his symptoms from the motor vehicle accident can be consistent with cervical myelopathy and the patient did note a progressive increase in neck pain as well as numbness and tingling, which are symptoms consistent with cervical myelopathy. I do not feel, at this point, according to his most recent clinic visit by his primary care physician prior to the accident on June 02, 2014 that he was having symptoms as it was not mentioned in her report.

| GOLDEN (Continued) | HIGHLANDS RANCH | WESTMINSTER | WESTMINSTER | CASTLE ROCK |
|---|---|---|---|---|
| 660 Golden Ridge Road | 1060 Plaza Drive | 8510 Bryant Street | ST ANTHONY NORTH | 4350 Limelight Ave. |
| Suite 250 | Suite 200 | Suite 130 | Medical Pavillion | Suite 100 |
| Golden, CO 80401 | Highlands Ranch, CO 80129 | Westminster, CO 80031 | 500 West 144th Avenue | Castle Rock, CO 80109 |
| (303) 233-8755 fax | (720) 497-6780 fax | (303) 452-1167 fax | Suite 120 | (720) 497-6743 fax |
| | | | Westminster, CO 80023 | |
| | | | (303) 452-1167 fax | |

Name: Perry, Albert             DOB: 07/24/1951             Date:



**PANORAMA**
Orthopedics & Spine Center

Page Three
**RE: Albert Perry**
July 17, 2020

So, therefore, I do not feel he had symptoms of radiculopathy or myelopathy prior to the motor vehicle accident on October 23, 2014.

3. In your opinion, can the patient's pre-existing degenerative conditions be asymptomatic before trauma like a car crash, and then become symptomatic after a car crash?

Yes, I do feel that degenerative conditions are a normal part of aging but they do not necessarily have to be symptomatic. With regards to Mr. Perry's case, it appears that the patient did have previous neck pain and symptoms as well as a diagnosis of cervical stenosis but it appears that the patient had significantly improved or had resolved symptoms because his most recent clinic note from Dr. Yvonne Lipson on June 02, 2014 did not mention any complaint of low back pain nor radiculitis or arm symptoms on his review of systems. Therefore, I feel that since he did have pre-existing conditions but were asymptomatic prior to his accident on October 23, 2014 that the accident did not cause the cervical myelopathy or cervical stenosis but, I do feel that the accident caused this previously asymptomatic cervical stenosis to become symptomatic.

4. In your opinion, did Mr. Perry's pre-existing degenerative disc condition cause pain before the collision on October 23, 2014?

There again, I do believe that the patient did have pre-existing degenerative changes. This is a normal part of aging but it appears that he was asymptomatic by last clinic note on June 02, 2014 that he was asymptomatic at that time and that his symptoms happened after the motor vehicle accident on October 23, 2014.

Respectfully submitted,

Douglas C Wong, M.D.

DCW/na/57692

| GOLDEN | HIGHLANDS RANCH | WESTMINSTER | WESTMINSTER | CASTLE ROCK |
|---|---|---|---|---|
| 660 Golden Ridge Road | 1060 Plaza Drive | 8510 Bryant Street | ST ANTHONY NORTH | 4350 Limelight Ave. |
| Suite 250 | Suite 200 | Suite 130 | Medical Pavillion | Suite 100 |
| Golden, CO 80401 | Highlands Ranch, CO 80129 | Westminster, CO 80031 | 500 West 144th Avenue | Castle Rock, CO 80109 |
| (303) 233-8755 fax | (720) 497-6780 fax | (303) 452-1167 fax | Suite 120 | (720) 497-6743 fax |
| | | | Westminster, CO 80023 | |
| | | | (303) 452-1167 fax | |

Name: Perry, Albert         DOB: 07/24/1951         Date:

Exhibit E, Page 3 of 3